\*
THOMAS P. BEKO, ESQ. (#002653)
BRENT L. RYMAN, ESQ. (#008648)
PAUL M. BERTONE, ESQ. (#004533)
ERICKSON, THORPE & SWAINSTON, LTD.
P.O. Box 3559
Reno, Nevada 89505
(775) 786-3930
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BEN F. CLARK, an individual<br><br>Plaintiff,<br><br>v.<br><br>GARY CAMPBELL, an individual, ALEX RANGEL, an individual, LANDER COUNTY, a political subdivision of the State of Nevada, and HUMBOLDT COUNTY, a political subdivision of the State of Nevada<br><br>Defendants.<br>_____/ | Case No.: 3:14-CV-00333-LRH-WGC<br><br>**REQUEST FOR EXCEPTION TO EXCUSE COUNTY COMMISSIONERS FROM PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE** |

COMES NOW, Defendants GARY CAMPBELL, ALEX RANGEL, LANDER COUNTY and HUMBOLDT COUNTY, by and through their counsel of record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, and hereby request that members of the Board of Commissioners for Humboldt and Lander Counties be excused from the requirement of personal appearance for the Settlement Conference scheduled for April 30, 2015, at 9:00 a.m., in Reno, Nevada.

///

1

ERICKSON, THORPE &
SWAINSTON, LTD.

Defendants and the undersigned represent this request is made in good faith and not for the purposes of obfuscation or delay. Defendants will be personally represented by the undersigned, the individual Defendants and the District Attorneys of both Humboldt and Lander Counties, along with an authorized representative of the Nevada Public Agency Insurance Pool, who are responsible for defense and indemnification in this litigation. These individuals will enjoy full authority and discretion to consider and recommend resolution of this case up to and including the full amount of Plaintiff's then-most recent settlement demand to these Defendants. The undersigned has kept all Defendants closely informed regarding these matters and, although approval of any proposed settlement in which County funds would be expended will always be required from the County Board of Commissioners at a subsequent, properly-noticed public meeting in accord with Nevada's Open Meeting Law as set forth in NRS Chapter 241, these individuals will be fully authorized to consider, and accept or reject for recommendation to the Board, any and all settlement demands and negotiations during the upcoming Mandatory Settlement Conference.

RESPECTFULLY SUBMITTED this 5th day of April, 2015.

ERICKSON, THORPE & SWAINSTON, LTD.

Brent L. Ryman
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
99 West Arroyo Street
P.O. Box 3559
Reno, Nevada 89505
Telephone: (775) 786-3930
*Attorneys for Defendants*

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE
DATED: April 7, 2015